UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>L.J. PATTERSON, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; et al.,<br><br>Defendants. | Case No.  CV 08-01695-MCE-EFB<br><br>**ORDER REGARDING STIPULATION FOR 30-DAY EXTENSION OF TIME FOR CONTESTABLE DEFENDANTS TO RESPOND TO COMPLAINT** |

IT IS HEREBY ORDERED that Defendants P.K. Contestable, a Minor by and through her mother and natural guardian, Michele Contestable; and P.D. Contestable, a Minor by and through his mother and natural guardian, Michele Contestable shall have a 30-day extension of time in which to file an answer or otherwise plead to Plaintiff's Complaint on or before **October 29, 2008**.

IT IS SO ORDERED.
DATED: September 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com