UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>L.J. PATTERSON, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; et al.,<br><br>  Defendants. | Case No.  CV 08-01695-MCE-EFB<br><br>**ORDER GRANTING REQUEST FOR 30-DAY EXTENSION TO FILE JOINT REPORT** |

  IT IS HEREBY ORDERED that the parties shall file their joint rule 26(f) report/case management statement on or before November 17, 2008.

DATED: October 22, 2008

  _____
  MORRISON C. ENGLAND, JR
  UNITED STATES DISTRICT JUDGE