# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>L.J. PATTERSON, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; et al.,<br><br>        Defendants. | Case No. 2:08-CV-01695-MCE-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL 30 DAY EXTENSION OF TIME FOR CONTESTABLE DEFENDANTS TO RESPOND TO COMPLAINT** |

IT IS HEREBY ORDERED that Defendants P.K. Contestable, a Minor by and through her mother and natural guardian, Michele Contestable; and P.D. Contestable, a Minor by and through his mother and natural guardian, Michele Contestable, shall have an additional 30-day extension of time to answer or otherwise plead to Plaintiff's Complaint on or before November 28, 2008.

DATED: November 3, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES