UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>  v.<br><br>L.J. PATTERSON, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; et al.,<br><br>            Defendants. | Case No.  CV 08-01695-MCE-EFB<br><br>**ORDER GRANTING 20-DAY EXTENSION OF TIME FOR DEFENDANT L.J. PATTERSON TO RESPOND TO COMPLAINT** |

IT IS HEREBY ORDERED that Defendant L.J. Patterson, a Minor by and through her mother and natural guardian, Patricia Falsetto, shall have an additional 20-day extension of time to answer or otherwise plead to Plaintiff's Complaint on or before December 15, 2008.

DATED: November 21, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

PDF created with pdfFactory trial version www.pdffactory.com