UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>L.J. PATTERSON, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; et al.,<br><br>    Defendants. | Case No. CV 08-01695-MCE-EFB<br><br>**ORDER GRANTING DISCHARGE AND DISMISSAL OF AIG LIFE INSURANCE COMPANY** |

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.  AIG Life Insurance Company ("AIG Life") is hereby and shall be discharged from liability to Defendant L.J. PATTERSON, a Minor by and through his mother and natural guardian, Patricia Falsetto, Defendant P.K. CONTESTABLE, a Minor through her mother and natural guardian, Michele Contestable, and Defendant P.D. CONTESTABLE, a Minor through his mother and natural guardian, Michele Contestable (collectively "Defendants") to the full extent permitted by law.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-4783-7955 v1      - 1 -      CASE NO. CV 08-01695-MCE-EFB
ORDER GRANTING DISCHARGE &
DISMISSAL OF AIG LIFE INSURANCE

PDF created with pdfFactory trial version www.pdffactory.com

2. The Defendants shall be and by the Order hereon are restrained from taking, or proceeding with or commencing any action against AIG Life for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to AIG LIFE policy nos. BSC 8035261-A and PAI 0008052772 ("the Policies"), and/or with respect to benefits due under said Policies.

3. AIG Life is dismissed with prejudice from this action.

4. AIG Life shall be awarded the sum of $4,500 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to AIG Life of the sum of $4,500 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen, LLP at the following address: Keiko J. Kojima, Esq., Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California, 90071.

IT IS SO ORDERED.

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-4783-7955 v1

- 2 -

CASE NO. CV 08-01695-MCE-EFB
ORDER GRANTING DISCHARGE & DISMISSAL OF AIG LIFE INSURANCE

PDF created with pdfFactory trial version www.pdffactory.com