NICHOLAS A. SICILIANO (CSBN 195026)
**LAW OFFICES OF NICHOLAS A. SICILIANO**
TRILLIUM TOWER EAST
6320 Canoga Avenue, Suite 1400
Woodland Hills, California 91367
Tel: (818) 887-8895  *  Fax: (818) 887-8896
nas@sicilianolaw.net

Attorneys for Defendant,
L.J. P, a Minor by and
through his mother and natural guardian,
PATRICIA FALSETTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>L.J. P, a Minor by and through his mother and natural guardian, PATRICIA FALSETTO; P.K. C, a Minor by and through her mother and natural guardian, MICHELE CONSTABLE; and P.D. C, a Minor by and through his mother and natural guardian, MICHELE CONSTABLE,<br><br>Defendants. | CASE NO.:  CV 08-01695-MCE-EFB<br><br>ORDER APPROVING REQUEST TO ALLOW DEFENDANT PATRICIA FALSETTO AND HER COUNSEL OF RECORD NICHOLAS A. SICILIANO, TO APPEAR TELEPHONICALLY AT THE HEARING ON PETITION FOR MINOR'S COMPROMISE<br><br>Hearing Date: June 10, 2010<br>Hearing Time: 2:00 p.m.<br>Courtroom:     7 |

## ORDER

The matter of the Request for Court Approval to Appear Telephonically at Minor's Compromise Hearing, filed by Guardian Patricia Falsetto and counsel Nicholas A. Siciliano, having been duly considered by this Court, and for good cause appearing, IT IS HEREBY ORDERED THAT:

Guardian, PATRICIA FALSETTO, and her counsel, NICHOLAS A. SICILIANO are permitted to appear at the Petition for Minor's Compromise on June 10, 2010 at 2:00 p.m., via telephone. Mr. Siciliano can be reached at 818-887-8895. The Court will contact him directly at the time of the hearing and he is directed to have Ms. Falsetto available by telephone.

IT IS SO ORDERED.

Dated: June 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE